CHICAGO & WEST MICHIGAN RAILWAY CO. *v.* COMMIS-
SIONER OF RAILROADS.

RAILROAD COMPANIES — TAXATION — GROSS INCOME — SWITCHING
RECEIPTS.

   A sum received by a railroad company for switching cars is a
   part of its gross income, and taxable as such, under Act No
   228, Pub. Acts 1897.

*Mandamus* by the Chicago & West Michigan Railway
Company to compel Sybrant Wesselius, commissioner of
railroads, to amend his computation of relator's taxes.
Submitted November 22, 1898.   Writ denied December
28, 1898.

*Smith, Nims, Hoyt & Erwin,* for relator.

*Fred A. Maynard,* Attorney General, for respondent.

PER CURIAM. This case presents the general question as to whether the sum received by a railroad company for switching cars should be treated by the railroad commissioner as a part of its gross earnings. The case is ruled by *Detroit, etc., R. Co.* v. *Commissioner of Railroads, ante,* 132.